515 A.2d 898

**Elizabeth O'DONNELL, Administratrix of the Estate of James H. O'Donnell, Deceased,**

v.

**WESTINGHOUSE ELECTRIC CORPORATION, Petitioner,**

v.

**R.G. SMITH COMPANY, INC.**

**No. 68 W.D. Appeal Docket 1986.**

Supreme Court of Pennsylvania.

Sept. 30, 1986.

Petition for Allowance of Appeal GRANTED.